O

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALAN DE'VON,                              )        CASE NO. CV 09-09106 PSG (RZ)
                                          )
                    Plaintiff,            )
                                          )        ORDER ACCEPTING REPORT AND
        vs.                               )        RECOMMENDATION OF UNITED
                                          )        STATES MAGISTRATE JUDGE
FREDDRICK N. WAPNER, JR., ET AL.,         )
                                          )
                    Defendants.           )
————————————————————————                  )

        The Court has reviewed the file in this matter, and has read and reviewed the
Report and Recommendation of United States Magistrate Judge. Further, the Court has
engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.
The Court accepts the Report and adopts its findings and recommendations.


        DATED: 1/19/10


                                          PHILIP S. GUTIERREZ
                                     _____
                                          PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE