O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DE'VON,<br><br>                Plaintiff,<br><br>    vs.<br><br>FREDDRICK N. WAPNER, JR., ET AL.,<br><br>                Defendants. | CASE NO. CV 09-09106 PSG (RZ)<br><br>JUDGMENT |

      Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: 1/19/10

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE